**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6564**

————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

KEITH GRIFFIN,

                              Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-97-262, CA-00-10)

————————

Submitted:  July 12, 2001          Decided:  July 20, 2001

————————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Keith Griffin, Appellant Pro Se.  James Brien Comey, Jr., John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Griffin seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] United States v. Griffin, Nos. CR-97-262; CA-00-10 (E.D. Va. Mar. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that after the district court issued its opinion, we concluded that when a defendant does not appeal, his conviction becomes final on the date judgment is entered. See United States v. Sanders, 247 F.3d 139, 142 (4th Cir. 2001).